UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------X
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :   Crim. No. 3:02CR00046(AWT)
                               :
TOMAS FONTANEZ                 :
                               :
-------------------------------X
```

**NOTICE TO DEFENDANT**

Reference is hereby made to the letter dated February 17, 2005, sent by the defendant to the chambers of the undersigned, in which the defendant requests a "printout of all docket entries" in this case. The defendant is hereby instructed to send a written request to the Office of the Clerk along with a check or money order payable to Clerk, U.S. District Court, in the amount of $0.50 per page requested. As of today, the docket sheet is four pages long. When the Clerk's office receives the defendant's payment, it will send the requested pages.

It is so ordered.

Dated this 3rd day of March 2005, at Hartford, Connecticut.

$$\underline{\hspace{2cm}/s/\hspace{2cm}}$$
Alvin W. Thompson
United States District Judge